Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERMES HEDEN OLAIS-ROCHA, GABRIEL OLAIS-ROCHA, and ISMAEL MORENO DIAZ,<br><br>Defendants. | No. CR11-159RAJ<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitives ERMES HEDEN OLAIS-ROCHA, GABRIEL OLAIS-ROCHA, and ISMAEL MORENO DIAZ.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendants are dismissed, without prejudice.

///

///

///

ORDER OF DISMISSAL - 1
*United States v. Olais-Rocha, et. al.,* CR11-159RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The outstanding warrants shall be quashed.

3   DATED this 26th day of October, 2022.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2
*United States v. Olais-Rocha, et. al.,* CR11-159RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970